```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------
JUSTIN SAMUELS,

                Plaintiff,           24-cv-1946 (JGK)

        - against -              ORDER

CORNELL TECH, ET AL.,

                Defendants.
---------------------------------------

JOHN G. KOELTL, District Judge:

    On March 10, 2025, the Court dismissed without prejudice the plaintiff's complaint. ECF No. 26. If the plaintiff wished to file an amended complaint, the plaintiff was directed to do so by March 24, 2025. Id. The Court warned that if the plaintiff did not file an amended complaint by March 24, 2025, this case would be closed. Id.

    To date, the plaintiff has not filed an amended complaint. Accordingly, the Clerk is directed to close this case.

SO ORDERED.

Dated:    New York, New York
           March 26, 2025

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                      United States District Judge